■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

MELVIN JOHNSON, Appellant. [616 NYS2d 309] —Case held, decision reserved and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: The record does not indicate whether defendant was present at the *Sandoval* hearing. A reconstruction hearing is therefore necessary *(see, People v Odiat,* 82 NY2d 872; *People v Mitchell,* 189 AD2d 337; *see also, People v Brown,* 199 AD2d 963). (Appeal from Judgment of Supreme Court, Erie County, Doyle, J.—Manslaughter, 1st Degree.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.